UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 2 6 2005

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELVIN BUCHANAN | § | |
| Plaintiff, | § | |
| | § | C. A. No. H-04-2889 |
| v. | § | |
| EXXON MOBIL CORPORATION | § | (Jury Demanded) |
| Defendant. | § | |

### ORDER ON
### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Came on to be considered on this day Plaintiff's Motion For Extension Of Time To Respond To Defendant's Motion For Summary Judgment and the Court, after reviewing the moving papers is of the opinion that said motion should be GRANTED. It is therefore

ORDERED, ADJUDGED and DECREED that the deadline for Plaintiff to respond to Defendant's Motion For Summary Judgment is continued to __June 24__, 2005.

Signed and entered on this the 26th day of May, 2005.

_____
United States District Judge